IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK LEE DOWELL-ROLLINS,              No. 2:12-cv-2534-CMK-P

    Plaintiff,

  vs.                                                              ORDER

BUTTE COUNTY JAIL,

    Defendant.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

        On December 17, 2012, the court directed plaintiff to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 11-110.  As of March 5, 2013, plaintiff had not submitted either a completed application nor the filing fee.  The court then ordered plaintiff to show cause in writing, within 30 days, why this action should not be dismissed for failure to resolve fees.  Plaintiff was again warned that failure to respond to the

order may result in dismissal of the action.  See id.  To date, plaintiff has failed to comply or respond to of the court's orders.  In light of plaintiff's failure to resolve the fee status for this case as directed and respond to court orders, the court finds that dismissal of this action is appropriate.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders.  All pending motion are denied as moot.

DATED:  May 7, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE